**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

               Plaintiff,

Case No.   1:22-cv-6969-VEC

- against -

TANYA ZUCKERBROT NUTRITION, LLC,

               Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Tanya Zuckerbrot Nutrition, LLC.

Dated: Scarsdale, New York
       November 23, 2022

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: /s/ Dan Shaked
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com

---

The Clerk of Court is respectfully directed to terminate this case. The Clerk is further directed to amend the case caption to delete the language "on behalf of all others similarly situated" after the individual Plaintiff's name, as this dismissal is operative only as between individual Plaintiff Linda Slade and Defendant.

SO ORDERED.

/s/ Valerie Caproni   Date: 11/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE